IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| BENJAMIN SOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-0028 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| SHERIFF ENOCH GEORGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of the Order granting Plaintiff's application to proceed *in forma pauperis* to Plaintiff Benjamin Sowell on April 11, 2013. (Docket Entry Nos. 3 and 4). The copy of the Order mailed to Plaintiff Benjamin Sowell was returned as "inmate no longer incarcerated at the Maury County Jail." (Docket Entry Nos. 6 and 7).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff Benjamin Sowell has failed to inform the Court of his new address or refused to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, the claims of Plaintiff Benjamin Sowell are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 6th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court